FILED

JAN - 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAIMUR AMJAD (Pro Se),**<br>5500 Friendship Blvd. Apt 1203N<br>Chevy Chase, MD 20815<br>Ph: 202-460-4533<br>Fax: 212-202-6261<br>Email: tamjad@gmail.com<br><br>**Plaintiff**<br><br>V.<br><br>*Michael Chertoff,* **as Secretary of the Department of Homeland Security;**<br>*Emilio T Gonzales,* **Director of U.S. Citizen and Immigration Services;**<br>*Robert S. Muller,* **Director of Federal Bureau of Investigation**<br><br>**Defendants** | Case: 1:08-cv-00027<br>Assigned To : Lamberth, Royce C.<br>Assign. Date : 1/7/2008<br>Description: Pro Se General Civil |

### PLAINTIFF'S ORIGINAL COMPLAINT
### FOR WRIT OF MANDAMUS

NOW comes Plaintiff, Taimur Amjad, by and through Pro Se, in the above-captioned matter, and hereby states as follows:

1. This action is brought against the Defendants to compel action on the clearly delayed processing of an I-485 Application filed by the Plaintiff, Taimur Amjad. The application

1

was filed and remains within the jurisdiction of the Defendants, who have improperly handled and delayed processing the application to Plaintiff's detriment.

## PARTIES

2. Plaintiff, Taimur Amjad, resides at 5500 Friendship Blvd. Apt 1203N, Chevy Chase, MD 20815, alien number 099125913, is the primary applicant of an I-485, Application to Register Permanent Resident or Adjustment of Status, filed with the USCIS on May 6, 2004.

3. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security, and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security. 8 USC § 1103(a). More specifically, the Secretary of the Department of Homeland Security is responsible for the adjudication of applications for nonimmigrant visas filed pursuant to the Immigration and Nationality Act (INA). The U.S. Citizenship & Immigration Services is an agency within the Department of Homeland Security to whom the Secretary of the Department of Homeland Security's authority has in part been delegated, and is subject to the Secretary of the Department of Homeland Security's supervision.

4. Defendant Emilio T. Gonzales is the Director of the U.S Citizenship & Immigration Services (USCIS) and an official generally charged with supervisory authority over all operations of the USCIS with certain specific exceptions not relevant here. 8 CFR § 103.1(g)(2)(ii)(B).

5. Defendant Robert S. Mueller, III, Director of Federal Bureau of Investigations (FBI), the law enforcement agency that conducts security clearances for other U.S. government agencies, such as the Department of State. As will be shown, Defendant has failed to complete the security clearances of Plaintiff's cases.

## JURISDICTION

6. Jurisdiction in this case is proper under 28 USC §§ 1391 and 1361, 5 USC §701 et seq., and 28 USC §2201 et seq. Relief is requested pursuant to said statutes.

## VENUE

7. Venue is proper in this court, pursuant to 28 USC §1391(e), in that Plaintiff may request a hearing on the matter in the District where Plaintiff resides.

## EXHAUSTION OF REMEDIES

8. The Plaintiff has exhausted his administrative remedies. The Plaintiff has supplied the USCIS and FBI documents that clearly establish his eligibility to Register Permanent Resident or Adjust Status.

## CAUSE OF ACTION

9. Plaintiff properly filed and applied, through marriage to a US Citizen MahRishm Najm, for I-485, Application to Register Permanent Resident or Adjust Status, pursuant to Section 245 of the Immigration & Naturalization Act, and an I-130 "Petition for Alien Relative", on May 6, 2004. Attached hereto as **Exhibit A and Exhibit B** are acknowledgement documents by the USCIS.

10. This petition along with along with all required documents was filed by the plaintiff through his lawyer on or about April 10th, 2004. Plaintiff has already been through the Fingerprinting processes.

11. Plaintiff (and his wife MahRishm Najm) was interviewed at USCIS Washington District

Office on Aug 31, 2005, and at the USCIS Baltimore office on Dec 4, 2007. On both occasions, Plaintiff was informed that the I-485 application was delayed because it had not cleared the FBI G-325 Name Check. Plaintiff was instructed to follow back after six months.

12. Since early 2006, Plaintiff has been contacting USCIS every 4 months about the status of the case, including a visit to the Washington District Office on July 12th 2006, to figure out why the processing of the case has been delayed and has received no definitive responses or relief. The response throughout has been that the FBI name check security clearance has not been completed.

13. The Plaintiff moved to Maryland in July 2006 and hence has not visited the Washington District Office since 2006. The file has been transferred to the Baltimore District Office.

14. The Plaintiff's lawyer contacted the USCIS Ombudsman on October 17, 2006 to follow up on the petition. Attached hereto as **Exhibit C.**

15. In a November 2006 reply, the Acting Supervisor of the USCIS Customer Assistance Office informed Plaintiff's lawyer that the required background checks have still not been completed. Attached hereto as **Exhibit D.**

16. Plaintiff requested Senatorial Assistance from the office of Benjamin Cardin to follow up on this case. Plaintiff approached Joyce Revell in Senator Cardin's office and started a

Senatorial request on the case. Attached hereto as **Exhibit E**.

17. The Washington District Office and the Baltimore District Office informed Joyce Revell on July 12th and July 23rd respectively that the security checks had still not been completed

18. The Plaintiff has been greatly damaged by the failure of Defendants to act in accord with their duties under the law.

   (a) Specifically, Plaintiff Taimur Amjad, has been unable to obtain legal permanent residence, travel and work without restriction and accrue time to be eligible for Naturalization as a citizen of the United States.

   (b) Plaintiff Taimur Amjad, has been unable to apply and work on US Federal jobs and contracts, which are being bid on by his firm.

19. The Defendants, in violation of the Administrative Procedures Act, 5 USC §701 et seq., are unlawfully withholding action on the Plaintiff's application and have failed to carry out the adjudicative functions delegated to them by law with regards to the Plaintiff's case.

20. Though the role of Defendants is pivotal in securing the civilians of the United States of America from people planning to do harm on American soil, the Defendants actions in

adjudicating the Plaintiff's case have clearly gone beyond the expected 120 days to 1 year processing time and have failed to adhere to their own regulations.

21. The defendants have failed to properly adjudicate this petition. They have failed to adhere to their own regulations and have improperly delayed the processing of the Plaintiff's I-485 Application after the Plaintiff had submitted a properly executed application. It has been more than 36 months since the Plaintiff has filed his I-485 application.

22. Defendants have sufficient information to determine Plaintiff's eligibility pursuant to applicable requirements and complete the processing procedures. The Plaintiff has done everything to get his case Adjudicated but the Defendants have clearly not given the Plaintiff any form of relief.

23. Defendants' delay in this case is, as a matter of law, arbitrary and not in accordance with the law. Defendants willfully, and unreasonably, have inappropriately refused to adjudicate the petition, thereby depriving them of the rights to which the Plaintiff and derivative beneficiary are entitled.

**PRAYER**

24. WHEREFORE, in view of the arguments and authority noted herein, the Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due

consideration, the Court enter an order:

    (a)    requiring Defendants to properly adjudicate Plaintiff's application for action on an approved petition;

    (b)    requiring Defendants to provide the Plaintiff with a Notice of Approval;

    (c)    granting such other relief at law and in equity as justice may require.

Respectfully Submitted,

*/s/ Taimur Amjad*

Taimur Amjad
Admitted to USDC, DC
**PRO SE**
5500 Friendship Blvd #1203N
Chevy Chase, MD 20815
Telephone (202) 460-4533
Facsimile (212) 202-6261
tamjad@gmail.com

EXHIBIT A

**U.S. Department of Justice**
Immigration and Naturalization Service

**Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt Number: | Case Type: |
|---|---|
| MSC-04-237-12252 | I-130 - Petition for Alien Relative |

| Received Date: | Priority Date: | Applicant: |
|---|---|---|
| May 06, 2004 | | NAJM, MAH RISHM |

| Notice Date: | Page | ASC Code: |
|---|---|---|
| May 25, 2004 | 1 OF 1 | |

SENA BASNAYAKC
1720 EYE ST NW STE 607
WASHINGTON DC 20006

| Notice Type: | Receipt Notice |
|---|---|
| Amount Received: | $185.00 |

The above application/petition has been received. Please notify us immediately if any of the above information is incorrect. Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.



FILED
JAN - 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If you have ...tions, you may call the BCIS National Customer Service Center at 1-800-375-5283. For TDD hearing impa... ...ce, please call 1-800-767-1833.

...access, you can visit the Bureau of Citizenship and Immigration Services website at www.BCIS.gov ...valuable information about forms, filing instructions, and immigration services and benefits.

...ZENSHIP AND IMMIGRATION SERVICES
...enter: 1-800-375-5283

5026065    0001220458

*Exhibit B*

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number: MSC-04-237-12256 | Case Type: I-485 - Application to Register Permanent Residence or Adjust Status | | |
|---|---|---|---|
| Received Date: May 06, 2004 | Priority Date: | Applicant: | A099125913 AMJAD, TAIMUR |
| Notice Date: May 25, 2004 | Page 1 OF 1 | ASC Code: | 3 |

SENA BASNAYAKC
1720 EYE ST NW STE 607
WASHINGTON DC 20006

Notice Type:      Receipt Notice

Amount Received:      $385.00

The above application has been received. Please notify us immediately if any of the above information is incorrect. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

**FINGERPRINTING AND BIOMETRICS-**
The next step is to have your fingerprints and biometrics taken at a BCIS Application Support Center (ASC).

Call our National Customer Service Center (NCSC) at **1-800-375-5283** to schedule your appointment. For TDD hearing impaired assistance, please call **1-800-767-1833**.

It is important that you schedule your appointment. If you do not schedule or appear for your appointment, it could cause your application to be denied. If you need to reschedule your appointment, please call the NCSC at **1-800-375-5283**.

**WHAT TO BRING TO Your appointment -**
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

If you do not bring this letter and photo identification, we cannot process you.
Please bring a copy of all receipt notices received from BCIS in relation to your current application for benefits.

08 0027

**FILED**
JAN - 7 2008


NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CASE STATUS -**
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. BOX 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283

# LAW OFFICES OF LUIS A. PAOLI, P.C.
3137 Mount Vernon Ave.
Alexandria, VA 22305
Tel (703)518-3002/Fax( 703)518-3003
www.luispaoli.com

Luis A. Paoli, PR, DC

Sasha F. René, FL

*Immigration and Nationality Law Practice*

October 17, 2006

Citizenship and Immigration Services Ombudsman
Attn: Case Problem
US Department of Homeland Security
Mail Stop 1225
Washington, DC 20528-1225

RE: Taimur Amjad
A99-125-913

1. FULL NAME: Taimur Amjad
2. ADDRESS: 5500 Friendship blvd
Apt. 1203 N
Chevy Chase, MD 20815
3. COUNTRY OF BIRTH: Pakistan;
4. RECEIPT NUMBER: MSC 04-237-12256;
6. ALIEN NUMBER A99-125-913
7. USCIS OFFICE: Fairfax, VA;
8. DATE OF FILING May 6, 2004;
9. DESCRIPTION OF PROBLEM:

08 0027
FILED
JAN - 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Applicant is a citizen of Pakistan. He has been in the US for 10 years, first on F1 visa (for education) from 1995-1999, then on practical training 1999-2000, and then on an H1 visa from 2000-2004.

In January 2004 applicant married a US citizen and in May 2004 filed an I-485 Application to Register Permanent Resident or Adjust Status and an I-130 Petition for Alien Relative.

On Aug 31, 2005, applicant and wife had an interview in the USCIS office in Fairfax, VA. At the end of the interview, they were told by the examining officer that his G-325 FBI Name check had not cleared and that a decision would be made as soon as the name check comes back from the FBI. He was asked to follow up after 6 months. In March 2006, Applicant called the FBI division responsible for name checks and was unable to get through to anyone or leave a message or send any written correspondence. On July 12, 2006, Applicant visited the USCIS office in Fairfax, VA and was told that the

case was pending since the FBI has not cleared the name check. Applicant has been waiting since.

It has been over one year since the interview took place and over two years since the application was filed with the USCIS office. Applicant is the immediate relative of a United States Citizen. There are visas immediately available for this type of cases.

Applicant may file a mandamus with the Federal District Court, however, he would like to explore a less expensive and less time-consuming option.

Please investigate and adjudicate this matter as soon as possible.

Thanks in advance for your help.

Sincerely,

Luis A. Paoli, Esq.

Exhibit D



U.S. Department of Homeland Security
Washington, DC 20528

U.S. Citizenship
and Immigration
Services

HQCIS 181/48.2-C
NOV 2 4 2006

Mr. Luis A. Paoli, Esquire
Law Offices of Luis A. Paoli, P.C.
3137 Mount Vernon Avenue
Alexandria, VA 22305

Dear Mr. Paoli:

Thank you for your correspondence dated October 17, 2006, to U.S. Citizenship and Immigration Services Ombudsman (CISO). Your letter concerning your client Mr. Taimur Amjad's immigration status was assigned case # 591841 and forwarded to the Customer Assistance Office for a response.

The processing of Mr. Amjad's I-485, Application to Register Permanent Residence or Adjust Status case has been delayed. A check of our records establishes that your client's case is not yet ready for decision, as the required investigation into Mr. Amjad's background remains open. Until the background investigation is completed, USCIS cannot move forward on Mr. Amjad's case.

These background checks are required to be completed on all applicants who apply for the immigration benefit he is seeking. USCIS will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of the date of this letter, please contact customer service at 1-800-375-5283.

We trust that this information is helpful.

Sincerely,

Christine Gooding, Acting Supervisor
Customer Assistance Office
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security

Enclosure

08 0027

**FILED**

JAN - 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: U.S. Senator Benjamin L. Cardin
Tower 1, Suite 1710
100 S. Charles Street
Baltimore, MD 21201

July 6, 2007

Dear Sir,

My name is Taimur Amjad. I am writing for your help on an immigration-related matter, specifically in **helping me get clearance for my name check with the FBI**. I am kindly requesting that you please contact the FBI and urge them to review my case which has now been **pending without any legal cause for the past 22 months.**

I am a citizen of Pakistan and have been living in the US for almost 12 years, first on an F1 visa (student), then an H1 (work) and filed I-485 adjustment of status application in May 2004 after **my marriage to a US Citizen.** My interview for the green card with USCIS office in Fairfax was completed on August 31, 2005; however I was told that the FBI name check had not been completed yet and the I-485 was delayed for 6 months. It has now been 20 months since that interview, during which I have made several inquiries with USCIS, tried to contact the FBI, and reached out to the customer assistance office. However, the USCIS has informed me that there is nothing they can do as the delay is because the FBI has not yet processed their request for my name check clearance. There is no way for me to contact the FBI regarding this matter, which is now significantly past the normal processing time.

The delay has caused my family **significant financial hardship, with difficulty in obtaining credit/mortgage, travel, and in applying for federal contract jobs**. I am also unable to successfully start and manage a company that seeks to provide services to local, state and federal governments, and create jobs for Maryland and the US economy. Since my arrival in the US 12 years ago, I have maintained legal status throughout. I have been an active tax-payer for the past 8 years and have **never been involved in any criminal/unlawful activity in the US, Pakistan or anywhere else.** I understand the need for heightened caution during these times, and had expected some delay, but I am sure you would agree that the current wait of over 20 months since my interview and over 3 years since I applied for my green card is unfair.

I have read various forums praising your office for the help that it has provided to several individuals in similar situations. I am hopeful and encouraged that you can assist me as well by contacting the FBI, inquiring about my case, and assisting in a resolution.

Please contact me at 202-460-4533 or e-mail me at tamjad@gmail.com, if you need any information from me.

5500 Friendship Blvd. Apt 1203N
Chevy Chase, MD 20815
v: 202-460-4533

See enclosed:
*Case background
*I-130 application filed in May 2004
*I-485 application filed in May 2004
* Signed privacy release

08 0027

FILED

JAN - 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**BENJAMIN L. CARDIN**
UNITED STATES SENATOR
MARYLAND

# United States Senate
Washington, DC 20510–2004

July 12, 2007

Mr. Taimur Amjad
5500 Friendship Boulevard, Apartment 1203
Chevy Chase, Maryland 20815

Dear Mr. Amjad:

    Enclosed please find a copy of the reply I have received from U.S. Citizenship and Immigration Services, Fairfax District Office regarding the inquiry I made on your behalf. As you will note, the background checks are still pending and the application for your adjustment of status will now be sent to the Baltimore District office due to your change of residence. The Baltimore District office will notify you when the checks have been returned and final processing of your application can begin. I am enclosing an information sheet on the checks for your information. I hope that the matter will be settled to your satisfaction.

    Thank you for giving me the opportunity to be of service to you. Should you have any additional concerns, please do not hesitate to contact my office.

    Best wishes.

Sincerely,

*Benjamin L. Cardin*

Benjamin L. Cardin
United States Senator

BC:jr
enclosure

Reply To:

☐ 509 Hart Senate Office Building
Washington, DC 20510-2004
(202) 224-4524
www.cardin.senate.gov

Printed on
Recycled Paper

Reply To:

☐ Tower 1 Suite 1710
100 S. Charles Street
Baltimore, MD 21201
(410) 962-4436

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

F
08-27
RCL

## I (a) PLAINTIFFS

TAIMUR AMJAD (PRO SE)

## DEFENDANTS

Michael Chertoff ; Emilio T. Gonzales ; and Robert S. Muller

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Maryland
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Taimur Amjad (PRO SE)
5500 Friendship Blvd #1203N
Chevy Chase, MD 20815
ph: 202-460-4533 ; fax: 212-202-6261

Case: 1:08-cv-00027
Assigned To : Lamberth, Royce C.
Assign. Date : 1/7/2008
Description: Pro Se General Civil

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ●—1 | ●—1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
- ☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)    OR    ● F. Pro Se General Civil

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

5

| ⊙ G. *Habeas Corpus/ 2255* | ⊙ H. *Employment Discrimination* | ⊙ I. *FOIA/PRIVACY ACT* | ⊙ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ⊙ K. *Labor/ERISA (non-employment)* | ⊙ L. *Other Civil Rights (non-employment)* | ⊙ M. *Contract* | ⊙ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ⊙ 1 Original Proceeding ✓
- ⊙ 2 Removed from State Court
- ⊙ 3 Remanded from Appellate Court
- ⊙ 4 Reinstated or Reopened
- ⊙ 5 Transferred from another district (specify)
- ⊙ 6 Multi district Litigation
- ⊙ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**
5 USC Sec. 701, Writ of Mandamus for Delayed Processing of Immigration Application

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ _____    Check YES only if demanded in complaint    JURY DEMAND: YES ☐  NO ☒

**VIII. RELATED CASE(S) IF ANY** N.F.    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE 01/02/2008    SIGNATURE OF ATTORNEY OF RECORD    [signature]

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.