UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAIMUR AMJAD,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 1:08-CV-0027 (RCL) |
| **MICHAEL CHERTOFF, Director,** <br> **U.S. Department of Homeland Security, et al.,** | ) |
| **Defendants.** | ) |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendants in the above-captioned action.

Dated: March 11, 2008

                                            Respectfully submitted,

                                            /s/ Robin M. Meriweather
                                       ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                       Assistant United States Attorney
                                         555 Fourth St., N.W.
                                         Washington, D.C.  20530
                                         Phone: (202) 514-7198
                                         Fax: (202) 514-8780
                                         Robin.Meriweather2@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that, this 11th day of March 2008, I caused a copy of the foregoing Notice to be filed via the Court's Electronic Case Filing System, and served upon Plaintiff via first class mail, postage prepaid, addressed to:

Taimur Amjad
5500 Friendship Blvd
Number 1203N
Chevy Chase, MD 20815

                                              /s/ Robin M. Meriweather
                                      ROBIN M. MERIWEATHER