# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAIMUR AMJAD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No. 1:08-CV-0027 (RCL)** |
| | ) |
| | ) |
| **MICHAEL CHERTOFF, Director,** | ) |
| **U.S. Department of Homeland Security, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Michael Chertoff, et al., through undersigned counsel, hereby request that the Court grant them a 14-day enlargement of time to answer Plaintiff's Complaint, making the Answer due March 25, 2008.  The  answer currently is due March 11, 2008.  Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted the pro se Plaintiff to obtain his position on this motion, and Plaintiff consents to the enlargement.

This is an immigration case, arising out of a Form I-485 application for permanent resident status filed by Plaintiff.  The mandamus complaint asks the Court to compel USCIS to complete its adjudication of that application.  USCIS completed its adjudication of the application March 5, 2008.

Defendants seek an enlargement of time in order to permit the parties to continue their efforts to resolve this litigation through a joint stipulation of dismissal.  As noted above, USCIS completed its adjudication of the application March 5, 2008.  Thereafter, counsel for Defendants contacted Plaintiff to request his consent to a stipulated dismissal of this action.  Plaintiff has

indicated that he intends to visit the local USCIS office to request that his passport be stamped to indicate that he has received permanent residency; Plaintiff also indicated that he would be willing to sign a stipulated dismissal if he receives sufficient proof of his residency status. The 2-week enlargement of time would permit the parties to continue their efforts to resolve this case through a stipulation of dismissal, thereby avoiding potentially unnecessary litigation of a dispute that appears to have become moot.

Defendants have not previously requested that this Court enlarge the time for filing any pleading. There are no pending deadlines or court dates that this request for enlargement would affect. Defendants regret filing this enlargement so close to the deadline; however, until this afternoon, Defendants believed that they would have a signed stipulated dismissal to file this evening. Granting Defendants an additional 14 days to answer the Complaint should cause no prejudice.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT their Motion for Extension of Time to File Answer.

Dated: March 11, 2008

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____/s/ Robin M. Meriweather_____
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, this 11th day of March 2008, I caused a copy of the foregoing

Motion to be filed via the Court's Electronic Case Filing System, and served upon Plaintiff via

first class mail, postage prepaid, addressed to:

Taimur Amjad
5500 Friendship Blvd
Number 1203N
Chevy Chase, MD 20815

_____ /s/ Robin M. Meriweather_____
ROBIN M. MERIWEATHER

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| **TAIMUR AMJAD,** | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) |
| **v.** | ) **Civil Action No. 1:08-CV-0027 (RCL)** |
|  | ) |
|  | ) |
| **MICHAEL CHERTOFF, Director,** | ) |
| **U.S. Department of Homeland Security, <u>et al.</u>,** | ) |
|  | ) |
| **Defendants.** | ) |

_____)

### ORDER

Upon consideration of Defendants' Consent Motion for Extension of Time to File

Answer, it is this _____day of _____, 2008,

ORDERED that the Motion for Extension of Time to File Answer be and is hereby

GRANTED.

It is further ORDERED that Defendants shall submit an Answer or otherwise respond to

the Complaint by March 25, 2008.

SO ORDERED.

_____

United States District Judge