UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAIMUR AMJAD,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary,<br>U.S. Department of Homeland Security, et al.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case Number: 1:08CV00027 (RCL)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, pro se, and Defendants, through their undersigned counsel, hereby agree that the above-captioned case be voluntarily dismissed without prejudice. Each side shall bear its own costs and fees.

Respectfully submitted,

_____
TAIMUR AMJAD
Plaintiff, Pro Se
5500 Friendship Boulevard
Number 1203N
Chevy Chase, MD 20815
Phone: (202) 460-4533

_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____
ROBIN M. MERIWEATHER, D.C. Bar #490114
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7198; Fax (202) 514-8780
Robin.Meriweather2@usdoj.gov

*Counsel for Defendants*

Dated: March 6, 2008