UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAIMUR AMJAD,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-027 (RCL) |
| ) | |
| **MICHAEL CHERTOFF, Secretary,** ) | |
| **U.S. Department of Homeland Security,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On March 21, 2008, the parties filed a Stipulation of Dismissal [4] with the Court. Under the terms of the Stipulation, plaintiff, *pro se*, Taimur Amjad, and defendants, Michael Chertoff, Secretary, U.S. Department of Homeland Security, *et al.*, by and through their counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, stipulated and agreed that this action should be dismissed.

In light of the parties' Stipulation of Dismissal [4], it is hereby

ORDERED that the Stipulation is APPROVED, and the action shall be DISMISSED without prejudice.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on April 7, 2008.